**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

REAL GROUP CORPORATION,

    Plaintiff,

v.                                                                            CASE NO.  8:16-cv-741-T-26AAS

NAVISTAR, INC.,

    Defendant.
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is **ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (Dkt. 24) is **stricken** *sua sponte* pursuant to Paragraph 6(g) of the Court's Case Management and Scheduling Order entered June 6, 2016, at docket 14, for failure to comply with Paragraph 6(b) of that order.

**DONE AND ORDERED** at Tampa, Florida, on January 23, 2017.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record